## PUBLISHERS' ASSOCIATION OF NEW YORK CITY *v.* NEW YORK MAILERS' UNION NUMBER SIX.

No. 384.   Argued March 23–24, 1964.—Decided April 6, 1964.

*Andrew L. Hughes* argued the cause and filed a brief for petitioner.

*Sidney Sugerman* argued the cause for respondent. With him on the brief were *Gerhard P. Van Arkel* and *George Kaufmann*.

PER CURIAM.

Upon the respondent's suggestion of mootness the judgment of the United States Court of Appeals is vacated insofar as it reversed the stay provision of the judgment of the United States District Court for the Southern District of New York, and the case is remanded to the District Court with directions to dismiss as moot that portion of the complaint seeking such a stay.